August 28, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A MEMORIAL HERMANN MEMORIAL CITY HOSPITAL, Appellant/Cross-Appellee

NO. 14-11-00880-CV
NO. 14-11-00890-CV                                   V.

SPENCE KERRIGAN, INDIVIDUALLY AND AS ATTORNEY IN FACT FOR KATHLEEN KERRIGAN, Appellee/Cross-Appellant
_____

This cause, an appeal from the ORDER ON DEFENDANT MEMORIAL HERMANN HOSPITAL SYSTEM D/B/A/ MEMORIAL HERMANN MEMORIAL CITY HOSPITAL'S MOTION TO DISMISS FOR FAILURE TO PROVIDE AN EXPERT REPORT, signed September 20, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in failing to dismiss all claims against Memorial Hermann Hospital System. We therefore order that the portions of the order denying the motion as to intentional tort claims be **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

Further, we find no error in the remainder of the order, and it is **AFFIRMED**.

We order Spence Kerrigan to pay all costs incurred in this appeal. We further order this decision certified below for observance.